IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:25-00837-CV-W-BP ) |
| v. | ) ) |
| 1248 HOLDINGS, LLC, et al, | ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS 1248 HOLDINGS, LLC'S AND 1248 MANAGEMENT, LLC'S MOTION FOR LEAVE TO FILE THEIR DISCLOSURE STATEMENTS UNDER SEAL

Defendants 1248 Holdings, LLC and 1248 Management, LLC ("Defendants") move this Court for leave to file under seal their disclosure statements required by Federal Rule of Civil Procedure Rule 7.1 and Local Rule 7.1. In support, Defendants state as follows:

1. The deadline for filing disclosure statements is November 12, 2025. *See* [ECF Doc. 8].

2. Defendants' disclosure statements contain sensitive commercial information regarding their trust structures and related details, which Defendants have consistently maintained as non-public and otherwise confidential.

3. Public filing of this information would compromise Defendants' longstanding efforts to protect the integrity and privacy of their trust arrangements and impose an undue burden on those confidentiality interests.

4. Public filing of the disclosure statements would not serve any meaningful public interest and would not prejudice any party, as the purpose is to enable the Court to determine whether diversity jurisdiction exists.

WHEREFORE Defendants 1248 Holdings, LLC and 1248 Management, LLC respectfully request this Court enter an order granting Defendants leave to file their disclosure statements under seal.

Dated: November 12, 2025

Respectfully submitted,

POLSINELLI PC

By: */s/ Lauren E. Tucker McCubbin*
LAUREN E. TUCKER MCCUBBIN (#55179)
LAUREN FLEMING NARRELL (#76612)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
816-753-1000
Fax: 816-753-1536
ltucker@polsinelli.com
lfleming@polsinelli.com

MICHAEL S. NADEL (*pro hac* admission)
RACHEL M. PELTZER (*pro hac* admission)
THERESA M. BABENDREIER (*pro hac* admission)
SAGAR K. RAVI (*pro hac* admission)
McDermott Will & Schulte LLP
500 N. Capitol Street NW
Washington DC 20001
202-756-8000
mnadel@mwe.com
repeltzer@mwe.com
tbabendreier@mwe.com
sravi@mwe.com

ATTORNEYS FOR DEFENDANTS
1248 HOLDINGS, LLC AND
1248 MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served ( X ) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 12th day of November, 2025, to:

Brandon J.B. Boulware, Esq.
Jeremy M. Suhr, Esq.
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City MO 64102

816-492-2826
Fax: 816-492-2826
Brandon@boulware-law.com
jeremy@boulware-law.com

David B. Helms, Esq.
GM LAW PC
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
314-474-1750
Fax: 314-471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham, Esq.
GM LAW PC
1201 Walnut Street, #2000
Kansas City, MO 64106
816-471-7700
Fax: 816-471-2221
benm@gmlawpc.com

ATTORNEYS FOR PLAINTIFF

By: */s/ Lauren E. Tucker McCubbin* _____