IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 4:25-cv-00837-BP |
| v. | ) ) ) | |
| 1248 HOLDINGS, LLC, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF 23LUNES CREATIVE ANIMATION STUDIO'S
CORPORATE DISCLOSURE STATEMENT PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Plaintiff 23Lunes Creative Animation Studios ("**23Lunes**") makes the following disclosures:

- There is no corporation that is a parent corporation of 23Lunes.

- There is no such corporation that owns 10% or more of 23Lunes' stock.

Pursuant to Rule 7.1(a)(2), 23Lunes further states:

- 23Lunes is a limited liability company organized under the laws of Spain with a principal place of business in Barcelona, Spain, and 23Lunes is owned entirely by Jordi Garcia and Bor Arroyo, both citizens of Spain.

1

Dated: November 12, 2025

Respectfully submitted by:

BOULWARE LAW LLC

/s/ Brandon J.B. Boulware
Brandon J.B. Boulware     MO #54150
Jeremy M. Suhr            MO #60075
1600 Genessee, Suite 760
Kansas City, MO 64102
Tele:  (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com
jeremy@boulware-law.com

GM LAW PC
David B. Helms            MO #48941
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
(314) 474-1750
(816) 471-2221 fax
davidh@gmlawpc.com

Benjamin D. Mooneyham   MO #65341
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700
(816) 471-2221 fax
benm@gmlawpc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case.

/s/ Brandon J.B. Boulware
*Attorney for Plaintiff*