**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| 1248 HOLDINGS, LLC, 1248 MANAGEMENT, LLC, MARTIN BICKNELL, ORVIL GENE BICKNELL, RICHARD SALANSKAS, and LARRY WILHITE, | ) ) ) ) ) ) ) | Case No.  4:25-cv-837 |
| Defendants. | ) ) | |

<u>**DEFENDANT LARRY WILHITE'S ANSWER TO PLAINTIFF 23LUNES CREATIVE ANIMATION STUDIO'S PETITION**</u>

For his Answer and Defenses to Plaintiff 23Lunes Creative Animation Studio's ("23Lunes" or "Plaintiff") Petition, Defendant Larry Wilhite, ("Wilhite" or "Defendant"), through his counsels of record, deny each and every allegation set forth in the Petition except as expressly admitted herein and further states as follows:

<u>**PRELIMINARY STATEMENT**</u>

1.      Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in paragraph 1 of Plaintiff's Petition, and therefore denies such allegation.

2.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

3.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

4.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

5.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

6.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

7.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. To the extent any allegation in this paragraph is aimed at Wilhite, Wilhite denies such allegation.

## **PARTIES**

8.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

9.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

10.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

11.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

12.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

13.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

14.    Wilhite admits that he resides at 1194 Bird Rd., Branson, Missouri 65616. Wilhite does not have sufficient information or knowledge to specifically admit or deny the remaining allegations in this paragraph, and therefore denies such allegations.

## JURISDICTION AND VENUE

15.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

16.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

17.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

## FACTS COMMON TO ALL COUNTS

18.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

19.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

20.     Wilhite admits that the website referenced in paragraph 20 of the Petition speaks for itself. Wilhite denies the remaining allegations in this paragraph.

### *Gene meets Rick and Larry*

21.     Wilhite admits that he managed the Mansion Theatre for Gene Bicknell in Branson, Missouri for over twenty years. Wilhite denies the remaining allegations in this paragraph.

22.     Wilhite admits that he met Rick Silanskas in 2019. Wilhite further admits that Mr. Silanskas represented that he had experience in the entertainment and theme park industries. Defendant denies the remaining allegations in this paragraph.

23.     Wilhite admits that Gene Bicknell hired Rick Silanskas as an executive producer and paid him a salary of $110,000. Wilhite denies that the expansion of the Mansion Theatre was Wilhite's idea. Rather, in late 2021, Bicknell decided to expand the Mansion Theatre. Wilhite denies the remaining allegations in this paragraph.

24.     Wilhite admits that Gene Bicknell directed him to file the appropriate paperwork to register the names listed in this paragraph as DBAs of Big Time Productions, LLC. Wilhite denies the remaining allegations in this paragraph.

25.     The allegations in this paragraph are legal conclusions to which no response is required. To the extend a response is required, Wilhite denies the allegations in this paragraph.

26.     Wilhite admits that the press release referenced in this paragraph of the Petition speaks for itself. Wilhite denies the remaining allegations in this paragraph.

*ACT ONE: Rick makes promises to 23Lunes, and 1248 pays*

27.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

28.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

*The Promised Acquisition*

29.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

30.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

31.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

32.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

33.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

34.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

35.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

### *The Feature File Contract*

36.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

37.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

38.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

39.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

40.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

41.     Wilhite admits that the press release referenced in this paragraph speaks for itself. Wilhite denies the remaining allegations in this paragraph.

42.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

*1248 Pays*

43.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

44.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

45.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

46.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

47.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

7

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

48.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

49.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

### *ACT TWO: Marty tries to spin fiction into fact*

50.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

51.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

52.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

53.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

54.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

55.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

56.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

***Marty takes control and the money dries up***

57.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

58.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

59.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

60.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

61.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

62.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

63.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

64.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

65.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

66. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

67. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

68. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

69. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

70. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

### *The Christmas Eve Reorganization*

71. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

72.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

### *Marty cuts ties with 23Lunes*

73.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

74.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

75.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

76.     Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

**COUNT ONE**
*Breach of Contract*
**(Defendants—1248 Holdings and 1248 Management)**
**(the Feature Film Contract)**

77.     Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

78.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

79.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

80.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

81.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

82.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

83. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

84. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

85. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count One of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

## COUNT TWO
### *Promissory Estoppel*
**(Defendants—1248 Holdings and 1248 Management)**
**(Promised Acquisition)**

86. Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

87. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

88. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

89. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

90. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

91. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

92. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

93.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

94.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

95.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Two of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

## COUNT THREE
### *Tortious Interference with a Contract*
**(Defendants—Martin Bicknell or, in the alternative, 1248 Holdings and 1248 Management)**
**(Interference with the Feature Film Contract)**

96.      Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

97.      The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

98.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

99.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

100.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

101.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

102.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

103.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

<u>Alternative Claim Against 1248 and Marty Bicknell</u>

104.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

105.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

106.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

107.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

108.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Three of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

### COUNT FOUR
### *Tortious Interference with a Business Expectancy*
**(Defendants—Martin Bicknell or, in the alternative, 1248 Holdings and 1248 Management)**
**(Interference with Promised Acquisition)**

109.    Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

110.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

111.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

112.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

113.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

19

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

114.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

115.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

116.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

117.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

118.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

<u>Alternative Claim Against 1248 and Marty Bicknell</u>

119.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

120.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

121.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

122.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

123.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

124.     The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Four of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

**COUNT FIVE**
*Fraud*
**(Defendants—1248 Holdings, 1248 Management, and Martin Bicknell)**
**(Organization of Mansion Entertainment Group and Mansion Animation)**

125. Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

126. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

127. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

128. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

129. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information

or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

130. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

131. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

132. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

133. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

134. The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

135.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

136.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

137.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

138.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

139.    The allegations in this paragraph do not implicate Wilhite, and therefore, a response is not required. To the extent a response is required, Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph, and therefore denies such allegations.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Five of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

## COUNT SIX
### *Negligent Misrepresentation*
### (All Defendants)

140.    Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

141.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

142.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

143.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

144.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

145.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Six of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

## **COUNT SEVEN**
### *Civil Conspiracy*
### **(All Defendants)**

146.    Wilhite incorporates the preceding paragraphs of this Answer as if fully set forth herein.

147.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

148.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

149.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

150.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

151.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

152.    Wilhite does not have sufficient information or knowledge to specifically admit or deny the allegations in this paragraph as they relate to the other Defendants, and therefore denies such allegations. Wilhite denies the allegations in this paragraph as they relate to him individually.

With respect to Plaintiff's prayer for relief, Wilhite denies that Plaintiff is entitled to any relief.

WHEREFORE, Wilhite prays for judgment in his favor and against Plaintiff on Count Seven of the Petition, for his costs incurred herein, and for such other and further relief that the Court considers to be just and proper.

## DEFENSES

Defendant Wilhite asserts the following defenses and reasserts his answers to each and every paragraph of the Petition, as set forth above, incorporating them by reference herein. By pleading these defenses, Defendant does not concede that he has the burden of proof or persuasion on any of these issues, such determination to be made by applicable law. Defendant reserves the right to amend his answer to assert additional defenses if appropriate in light of information disclosed during discovery.

1.      Plaintiff fails to state a claim pursuant to which relief can be granted.

2.      Defendant is not liable for any of the allegations in Plaintiff's Petition in his individual capacity.

3.      Plaintiff's claims are barred, in whole or in part, based on the Plaintiff's failure to mitigate its damages.

4.      Plaintiff's claims are barred, in whole or in part, based on waiver.

5.      Plaintiff's claims are barred, in whole or in part, based on estoppel.

6.      Plaintiff's claims are barred, in whole or in part, by Plaintiff's unclean hands.

7.      Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

8.      If any judgment is entered against defendant Wilhite based on the events and allegations stated in Plaintiff's Petition, that judgment must be reduced by either (1) the stipulated

amount of all settlement agreements between Plaintiff and all other parties or tortfeasors; or (2) the amount of consideration all other alleged tortfeasors paid to Plaintiff for release or discharge, whichever is greater as provided by R.S.Mo. 537.060.

Respectfully submitted,

/s/ James Scott Kreamer
James Scott Kreamer, #39682
BAKER STERCHI COWDEN & RICE LLC
2400 E Pershing Road, Suite 500
Kansas City, Missouri  64108-2533
(816) 471-2121
kreamer@bakersterchi.com

J. Christopher Davis, OBA #16639, *pro hac pending*
Deric J. McClellan, OBA #32827, *pro hac pending*
CROWE & DUNLEVY, P.C.
222 North Detroit Ave., Suite #600
Tulsa, OK  74120
(918) 592-9800
chris.davis@crowedunlevy.com
deric.mcclellan@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT
LARRY WILHITE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 12, 2025, I electronically transmitted the above referenced pleading to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brandon J.B. Boulware
Jeremy M. Suhr
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City, MO 64102
brandon@boulware-law.com
jeremy@boulware-law.com

GM Law PC
David B. Helms
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
davidh@gmlawpc.com

Benjamin D. Mooneyham
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
benm@gmlawpc.com

***Attorneys for Plaintiff***

*/s/ James Scott Kreamer*
James Scott Kreamer

4926-8691-4681, v. 2