# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **23LUNES CREATIVE ANIMATION STUDIO,** | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Case No. 4:25-00837-CV-W-BP |
| v. | )<br>) |
| **1248 HOLDINGS, LLC, et al,** | )<br>)<br>) |
| Defendants. | )<br>) |

## DISCLOSURE STATEMENT OF DEFENDANT MARTIN BICKNELL

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Martin Bicknell respectfully discloses that he is a citizen of the state of Arizona for diversity jurisdiction purposes.

Dated: November 12, 2025

Respectfully submitted,

POLSINELLI PC

By: */s/ Lauren E. Tucker McCubbin*
    LAUREN E. TUCKER MCCUBBIN (#55179)
    LAUREN FLEMING NARRELL (#76612)
    900 W. 48th Place, Suite 900
    Kansas City, MO 64112
    816-753-1000
    Fax: 816-753-1536
    ltucker@polsinelli.com
    lfleming@polsinelli.com

    MICHAEL S. NADEL (*pro hac* admission)
    RACHEL M. PELTZER (*pro hac* admission)
    THERESA M. BABENDREIER (*pro hac* admission)
    SAGAR K. RAVI (*pro hac* admission)
    McDermott Will & Schulte LLP
    500 N. Capitol Street NW
    Washington DC 20001
    202-756-8000
    mnadel@mwe.com
    repeltzer@mwe.com
    tbabendreier@mwe.com
    sravi@mwe.com

ATTORNEYS FOR DEFENDANT
MARTIN BICKNELL

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X_) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 12th day of November, 2025, to:

Brandon J.B. Boulware, Esq.
Jeremy M. Suhr, Esq.
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City MO  64102
816-492-2826
Fax:  816-492-2826
Brandon@boulware-law.com
jeremy@boulware-law.com

David B. Helms, Esq.
GM LAW PC
8000 Maryland Avenue, Suite 1060
St. Louis, MO  63105
314-474-1750
Fax:  314-471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham, Esq.
GM LAW PC
1201 Walnut Street, #2000
Kansas City, MO  64106
816-471-7700
Fax:  816-471-2221
benm@gmlawpc.com

ATTORNEYS FOR PLAINTIFF

By: */s/ Lauren E. Tucker McCubbin*