# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| 1248 HOLDINGS, LLC, 1248 MANAGEMENT, LLC, MARTIN BICKNELL, ORVIL GENE BICKNELL, RICHARD SALANSKAS, and LARRY WILHITE, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 4:25-cv-837

## DISCLOSURE STATEMENT OF DEFENDANT LARRY WILHITE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Larry Wilhite respectfully discloses that he is a citizen of the state of Missouri for diversity jurisdiction purposes.

Respectfully submitted,

*/s/ James Scott Kreamer*
James Scott Kreamer, #39682
BAKER STERCHI COWDEN & RICE LLC
2400 E Pershing Road, Suite 500
Kansas City, Missouri 64108-2533
(816) 471-2121
kreamer@bakersterchi.com

J. Christopher Davis, OBA #16639, *pro hac pending*
Deric J. McClellan, OBA #32827, *pro hac pending*
CROWE & DUNLEVY, P.C.
222 North Detroit Ave., Suite #600
Tulsa, OK 74120
(918) 592-9800
chris.davis@crowedunlevy.com
deric.mcclellan@crowedunlevy.com

**ATTORNEYS FOR DEFENDANT LARRY WILHITE**

## CERTIFICATE OF SERVICE

       I hereby certify that on November 13, 2025, I electronically transmitted the above referenced pleading to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Brandon J.B. Boulware
Jeremy M. Suhr
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City, MO 64102
brandon@boulware-law.com
jeremy@boulware-law.com

GM Law PC
David B. Helms
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
davidh@gmlawpc.com

Benjamin D. Mooneyham
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
benm@gmlawpc.com

*Attorneys for Plaintiff*

                                                      */s/ James Scott Kreamer*
                                                      James Scott Kreamer

4928-0785-0362, v. 1