IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:25-00837-CV-W-BP |
| v. | ) ) |
| 1248 HOLDINGS, LLC, et al, | ) ) |
| Defendants. | ) ) ) |

### DISCLOSURE STATEMENT OF DEFENDANT 1248 HOLDINGS, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant 1248 Holdings, LLC respectfully discloses that it is a citizen of the states of Nevada and Arizona. 1248 Holdings, LLC's members are:

1. O. Gene Bicknell Charitable Lead Trust of 2009. The Trustee for the O. Gene Bicknell Charitable Lead Trust of 2009 is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

2. Gena M. Gallagher (2007) Trust. The Trustee for the Gena M. Gallagher (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

3. Mitchell D. Bicknell (2007) Trust. The Trustee for the Mitchell D. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

4. Michael S. Bicknell (2007) Trust. The Trustee for the Michael S. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

5. Martin C. Bicknell (2007) Trust. The Trustee for the Martin C. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

6. David J. DeRuy (2007) Trust. The Trustee for the David J. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

7. Jakob R. DeRuy (2007) Trust. The Trustee for the Jakob R. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

8. Kellen A. DeRuy (2007) Trust. The Trustee for the Kellen A. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

9. Bicknell Family Management Company, LLC, a Delaware limited liability company, is owned by 1248 Holdings, III, LLC. 1248 Holdings, III, LLC's members are:

    a. Bicknell Family Management Company Trust (2024). The Trustee for the Bicknell Family Management Company Trust (2024) is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

    b. Martin C. Bicknell (1999) Trust. The Trustee for the Martin C. Bicknell (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

c. Gena M. Gallagher (1999) Trust. The Trustee for the Gena M. Gallagher (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

d. Michael S. Bicknell (1999) Trust. The Trustee for the Michael S. Bicknell (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

e. Mitchell D. Bicknell (1999) Trust. The Trustee for the Mitchell D. Bicknell (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

f. Exempt Diana D. DeRuy (1999) Trust. The Trustee for the Exempt Diana D. DeRuy (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

g. Non-Exempt Diana D. DeRuy (1999) Trust. The Trustee for the Non-Exempt Diana D. DeRuy (1999) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

h. 1248 Management, LLC, a citizen of the state of Nevada and Arizona.

10. 1248 Management, LLC, a citizen of the state of Nevada and Arizona.

Additionally, there are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of this action other than those participating in the case.

Dated: November 14, 2025　　　　　Respectfully submitted,

POLSINELLI PC

By: */s/ Lauren E. Tucker McCubbin*
　　　LAUREN E. TUCKER MCCUBBIN (#55179)
　　　LAUREN FLEMING NARRELL　　(#76612)
　　　900 W. 48th Place, Suite 900
　　　Kansas City, MO  64112
　　　816-753-1000
　　　Fax:  816-753-1536
　　　ltucker@polsinelli.com
　　　lfleming@polsinelli.com

　　　MICHAEL S. NADEL (*pro hac* admission)
　　　RACHEL M. PELTZER (*pro hac* admission)
　　　THERESA M. BABENDREIER (*pro hac* admission)
　　　SAGAR K. RAVI  (*pro hac* admission)
　　　McDermott Will & Schulte LLP
　　　500 N. Capitol Street NW
　　　Washington DC 20001
　　　202-756-8000
　　　mnadel@mwe.com
　　　repeltzer@mwe.com
　　　tbabendreier@mwe.com
　　　sravi@mwe.com

ATTORNEYS FOR DEFENDANT
1248 HOLDINGS, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X_) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 14th day of November, 2025, to:

Brandon J.B. Boulware, Esq.
Jeremy M. Suhr, Esq.
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City MO 64102
816-492-2826
Fax: 816-492-2826
Brandon@boulware-law.com
jeremy@boulware-law.com

David B. Helms, Esq.
GM LAW PC
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
314-474-1750
Fax: 314-471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham, Esq.
GM LAW PC
1201 Walnut Street, #2000
Kansas City, MO 64106
816-471-7700
Fax: 816-471-2221
benm@gmlawpc.com

ATTORNEYS FOR PLAINTIFF

James Scott Kreamer, Esq.
Baker Sterchi Cowden & Rice LLC
2400 E. Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-471-2121
kreamer@bakersterchi.com

J. Christopher Davis, Esq. (*pro hac* pending)
Deric J. McClellan, Esq. (*pro hac* pending)
Crowe & Dunlevy, PC
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
Chris.davis@crowedunlevy.com
Deric.mcclellan@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
LARRY WILHITE

By: */s/ Lauren E. Tucker McCubbin*