# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 23LUNES CREATIVE ANIMATION STUDIO, | ) ) ) |
| Plaintiff, | ) ) Case No. 4:25-00837-CV-W-BP ) |
| v. | ) ) |
| 1248 HOLDINGS, LLC, et al, | ) ) |
| Defendants. | ) ) ) |

## DISCLOSURE STATEMENT OF DEFENDANT 1248 MANAGEMENT, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant 1248 Management, LLC respectfully discloses that it is a citizen of the states of Nevada and Arizona for diversity jurisdiction purposes. The members of 1248 Management, LLC are:

1. Gena M. Gallagher (2007) Trust. The Trustee for the Gena M. Gallagher (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

2. Mitchell D. Bicknell (2007) Trust. The Trustee for the Mitchell D. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

3. Michael S. Bicknell (2007) Trust. The Trustee for the Michael S. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

4. Martin C. Bicknell (2007) Trust. The Trustee for the Martin C. Bicknell (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

5. David J. DeRuy (2007) Trust. The Trustee for the David J. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

6. Jakob R. DeRuy (2007) Trust. The Trustee for the Jakob R. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

7. Kellen A. DeRuy (2007) Trust. The Trustee for the Kellen A. DeRuy (2007) Trust is 1248 Trust Company, Inc., which is a company organized under the laws of Nevada with its principal place of business in Las Vegas, Nevada.

8. Martin C. Bicknell Rev Trust. The Trustee for the Martin C. Bicknell Rev Trust is Martin C. Bicknell, a citizen and resident of Arizona.

Additionally, there are no known interested persons, corporations, or noncorporate entities with a direct financial interest in the outcome of this action other than those participating in the case.

Dated: November 14, 2025          Respectfully submitted,

            POLSINELLI PC

            By: */s/ Lauren E. Tucker McCubbin*
              LAUREN E. TUCKER MCCUBBIN (#55179)
              LAUREN FLEMING NARRELL     (#76612)
              900 W. 48th Place, Suite 900
              Kansas City, MO  64112
              816-753-1000
              Fax:  816-753-1536
              ltucker@polsinelli.com
              lfleming@polsinelli.com

              MICHAEL S. NADEL (*pro hac* admission)
              RACHEL M. PELTZER (*pro hac* admission)
              THERESA M. BABENDREIER (*pro hac* admission)
              SAGAR K. RAVI  (*pro hac* admission)
              McDermott Will & Schulte LLP
              500 N. Capitol Street NW
              Washington DC 20001
              202-756-8000
              mnadel@mwe.com
              repeltzer@mwe.com
              tbabendreier@mwe.com
              sravi@mwe.com

            ATTORNEYS FOR DEFENDANT
            1248 MANAGEMENT, LLC

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served (_X_) electronically via the Court's notification system; (____) by United States Mail, postage prepaid; and/or (____) by E-mail this 14th day of November, 2025, to:

Brandon J.B. Boulware, Esq.
Jeremy M. Suhr, Esq.
Boulware Law LLC
1600 Genessee, Suite 760
Kansas City MO 64102
816-492-2826
Fax: 816-492-2826
Brandon@boulware-law.com
jeremy@boulware-law.com

David B. Helms, Esq.
GM LAW PC
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
314-474-1750
Fax: 314-471-2221
davidh@gmlawpc.com

Benjamin D. Mooneyham, Esq.
GM LAW PC
1201 Walnut Street, #2000
Kansas City, MO 64106
816-471-7700
Fax: 816-471-2221
benm@gmlawpc.com

ATTORNEYS FOR PLAINTIFF

James Scott Kreamer, Esq.
Baker Sterchi Cowden & Rice LLC
2400 E. Pershing Road, Suite 500
Kansas City, MO 64108-2533
816-471-2121
kreamer@bakersterchi.com

J. Christopher Davis, Esq. (*pro hac* pending)
Deric J. McClellan, Esq. (*pro hac* pending)
Crowe & Dunlevy, PC
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
918-592-9800
Chris.davis@crowedunlevy.com
Deric.mcclellan@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
LARRY WILHITE

By: */s/ Lauren E. Tucker McCubbin*