# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  26-1407

_____

23Lunes Creative Animation Studio

Plaintiff - Respondent

v.

1248 Holdings, LLC; 1248 Management, LLC

Defendants

Martin Bicknell

Defendant - Petitioner

Orvil Gene Bicknell

Defendant

Richard Salanskas; Larry Wilhite

Defendants - Respondents

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:25-cv-00837-BP)

## JUDGMENT

The stipulation for dismissal is granted. The appeal is hereby dismissed in accordance

with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

April 28, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler