# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 26-1407

23Lunes Creative Animation Studio

Respondent

v.

1248 Holdings, LLC and 1248 Management, LLC

Martin Bicknell

Petitioner

Orvil Gene Bicknell

Richard Salanskas and Larry Wilhite

Respondents

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:25-cv-00837-BP)

_____

**MANDATE**

In accordance with the judgment of April 28, 2026, and pursuant to the provisions of

Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-

styled matter.

April 28, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit